**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| LEWIS ELLIOT VEARNON, | : | No. 115 WM 2016 |
| Petitioner | : | |
| v. | : | |
| HON. JEFFREY A. MANNING,<br>PRESIDENT JUDGE, ALLEGHENY<br>COUNTY | : | |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of December, 2016, the Application for Leave to File Original Process is **GRANTED**, the Petition for Writ of Mandamus is **DENIED**, and the Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.